UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY NDUNGI SILA,

      Petitioner,

Case No. 2:25-cv-13066

HONORABLE STEPHEN J. MURPHY, III

v.

US IMMIGRATION AND CUSTOMS
ENFORCEMENT, DETROIT FIELD
OFFICE, DIRECTOR OF
ENFORCEMENT AND REMOVAL
OPERATIONS,

      Respondent.

                        /

## ORDER REQUIRING RESPONDENT TO SHOW CAUSE

Jeffrey Ndungi Sila petitioned for a writ of habeas corpus and claimed that he is being unlawfully detained. ECF No. 1. The Court cannot currently conclude that Sila is not entitled to relief. Accordingly, the Court will order respondent "to show cause why the writ should not be granted" **no later than three days after being served with the petition**. 28 U.S.C. § 2243.

**WHEREFORE**, it is hereby **ORDERED** that respondent must **SHOW CAUSE** why the writ should not be granted **no later than three days after being served with the petition**.

**IT IS FURTHER ORDERED** that the Clerk of Court must **SERVE** photocopies of the petition and the instant order upon the United States Attorney via

1

facsimile transmission and first-class mail, and upon respondent via first-class mail.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: October 7, 2025