UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY NDUNGI SILA,

    Petitioner,

Case No. 2:25-cv-13066

HONORABLE STEPHEN J. MURPHY, III

v.

KEVIN RAYCRAFT,

    Respondent.
_____/

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 8, 2025, Plaintiff's petition is dismissed without prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: December 8, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE